**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

| | |
|---|---|
| **Place of Offense:** | **Category No.** I  **Investigating Agency** DEA |

**City** Boston            **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. ___ .___     Case No. _____
Same Defendant _____     New Defendant  Yes
Magistrate Judge Case Number   23-5049-JGD
Search Warrant Case Number   See below
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Kesendry Mateo Diaz            Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name _____

Address    (City & State)  Dorchester, Massachusetts

Birth date (Yr only): N/A  SSN (last4#): N/A   Sex M    Race: Hispanic    Nationality: Dominican

**Defense Counsel if known:** _____     Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**  Leah B. Foley             Bar Number if applicable _____

**Interpreter:**  ☑ Yes  ☐ No      List language and/or dialect:    Spanish

**Victims:**  ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:**  ☑ Yes  ☐ No

☑ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date**    02/06/2023

☑ Already in Federal Custody as of    02/06/2023    in _____ .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____  on _____

**Charging Document:**  ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**  ☐ Petty ——  ☐ Misdemeanor ——  ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑  **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  02/06/2023        Signature of AUSA: LEAH FOLEY  Digitally signed by LEAH FOLEY Date: 2023.02.06 14:36:59 -05'00'

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     Kesendry Mateo Diaz _____

### U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to distribute and possess with intent to distribute controlled substances, including 50 grams or more of methamphetamine, 400 grams or more of fentanyl, and cocaine | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

23-5050-JGD, 23-5051-JGD, 23-5052-JGD

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013